USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5 23 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WAGIH MOHAMED, Individually and on Behalf        11 CV 4970 (JMF)
of All Other Persons Similarly Situated,

            Plaintiff,                              **JOINT STIPULATION OF**
                                                 **DISMISSAL WITH PREJUDICE**

   -against-

RAINBOW APPAREL DISTRIBUTION CENTER
CORP., RAINBOW USA INC., JOSEPH CHEHEBAR,
HAZEM YOUSEF, RONNY ELGAMAL, and
JOHN DOES #1-10,

            Defendants.
------------------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the

above-captioned action, by and through counsel, hereby stipulate to the dismissal of the above-

captioned matter in its entirety with prejudice.

So stipulated:

William C. Rand (WR 7685)                        John S. Ho (JH 7831)
Law Office of William Coudert Rand               Bond, Schoeneck & King, PLLC
Attorneys for Plaintiffs                         Attorneys for Defendants
228 East 45th Street, 17th Floor                 330 Madison Avenue, 39th Floor
New York, New York 10017                         New York, New York 10017
(212) 286-1425                                   (646) 253-2320

SO ORDERED:

The Honorable Jesse M. Furman

Date: May 23, 2012

49368.1 5/2/2012

*The Clerk of Court is directed to close this case.*